# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| DEREK LEN CONNER | CIVIL ACTION NO. 25-515-P |
| VERSUS | JUDGE DONALD E. WALTER |
| SCOTT CRAWFORD | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 17th day of November, 2025.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE