UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DEREK LEN CONNER                             CIVIL ACTION NO. 25-515-P

VERSUS                                       JUDGE DONALD E. WALTER

SCOTT CRAWFORD                               MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections[1] filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 9th day of January, 2026.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] Conner filed a document entitled "Motion For Summary Judgment" which this Court has construed as an objection to the Report and Recommendation. See Record Document 17. However, in an abundance of caution, the motion is also **DENIED AS MOOT** in light of the adoption of the Report and Recommendation dismissing the case. Regardless, the Court also considered the "Motion For Summary Judgment" and would have denied it had the case not been dismissed by Report and Recommendation.